STATE OF MINNESOTA, *ex rel.* Joseph W. Reynolds, *vs.* PROBATE COURT OF RAMSEY COUNTY.

November 19, 1889.

Estates of Decedents—Extension of Time to File Claims.—An order of the probate court, refusing to grant a second extension of time to file claims against an estate, sustained upon the ground of the laches of the applicant.

Letters of administration of an intestate estate were issued May 9, 1888, and the time for filing claims against it was limited by the probate court to February 8, 1889. On January 18, 1889, plaintiff applied to have the time extended, and on February 6, 1889, an extension until May 9, 1889, was granted. On that day the relator applied for a further extension, which was refused, and he thereupon obtained this writ of *certiorari.*

*W. H. Townsend,* for relator.

*Chas. N. Bell,* for respondent.

*By the Court.* If for no other reason the relief sought by this writ should be denied on the ground of the relator's lack of diligence. Having obtained one extension of the time for filing claims against the estate, he suffered that period to expire without seeking any further extension; and this was unexcused when subsequently he sought to have another period allowed for that purpose. Then, after the refusal of the probate court to grant this application, two months were allowed to pass before the relator sought by this writ to have the order of the probate court reviewed; and this delay is wholly unexcused.

Writ quashed.